**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| K.MIZRA LLC,<br><br>               Plaintiff,<br><br>v.<br><br>T-MOBILE US, INC., T-MOBILE USA, INC., and SPRINT CORPORATION,<br><br>               Defendants. | Civil Action No. 2:21-cv-00242-JRG<br><br>Lead Case No. 2:21-cv-00241-JRG |

## <u>DEFENDANTS' CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, T-Mobile US, Inc.[1], T-Mobile USA, Inc. (collectively, "T-Mobile" or the "T-Mobile Defendants") and Sprint Corporation[2] ("Sprint" and, together with the T-Mobile Defendants, "Defendants"), by and through their undersigned counsel, state as follows:

Sprint Corporation, Inc., which is a wholly-owned, direct subsidiary of T-Mobile USA, Inc., which is a wholly-owned, direct subsidiary of T-Mobile US, Inc., a Delaware corporation. T-Mobile US, Inc. (NASDAQ: TMUS) is a publicly-traded company listed on the NASDAQ Global Select Market of NASDAQ Stock Market LLC ("NASDAQ").  Deutsche Telekom Holding B.V., a limited liability company (*besloten vennootschap met beperkte aansprakelijkheidraies*) organized and existing under the laws of the Netherlands ("DT B.V."), owns more than 10% of the shares of T-Mobile US, Inc.  DT B.V. is a direct, wholly-owned

---

[1]  T-Mobile US, Inc. is a holding company that does not provide any products, services, or networks. As such, Defendants deny that T-Mobile US, Inc. is a properly named party to this lawsuit.

[2]  Sprint Corporation is a holding company that does not provide any products, services, or networks. As such, Defendants deny that Sprint Corporation is a properly named party to this lawsuit

subsidiary of T-Mobile Global Holding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Holding"). Holding, is in turn a direct, wholly-owned subsidiary of T-Mobile Global Zwischenholding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Global").  Global is a direct, wholly-owned subsidiary of Deutsche Telekom AG, an Aktiengesellschaft organized and existing under the laws of the Federal Republic of Germany ("Deutsche Telekom").  The principal trading market for Deutsche Telekom's ordinary shares is the trading platform "Xetra" of Deutsche Börse AG.  Deutsche Telekom's ordinary shares also trade on the Frankfurt, Berlin, Düsseldorf, Hamburg, Hannover, München and Stuttgart stock exchanges in Germany.  Deutsche Telekom's American Depositary Shares ("ADSs"), each representing one ordinary share, trade on the OTC market's highest tier, OTCQX International Premier (ticker symbol: "DTEGY").

Dated:  October 1, 2021

Respectfully submitted,

*/s/ Justin R. Lowery*
Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

David E. Finkelson (*pro hac vice*)
Justin R. Lowery (*pro hac vice*)
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, VA 23219-3916
(804) 775-1000
(804) 698-2016 – fax
dfinkelson@mcguirewoods.com
jlowery@mcguirewoods.com

***Attorney for Defendants T-Mobile US, Inc., T-Mobile USA, Inc., and Sprint Corporation***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was electronically filed on

October 1, 2021, using the Court's CM/ECF system, which will send notification of such filing to

all counsel of record who are deemed to have consented to electronic service.

/s/Justin R. Lowery
Justin R. Lowery